IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| EDUARDO LAGUNAS,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF<br>CLARK; AND THE HONORABLE<br>MARK R. DENTON, DISTRICT JUDGE,<br>Respondents,<br>    and<br>J. APOLINAR IBARRA; DON TORTACO<br>CORPORATION; AND DON TORTACO<br>FRANCHISING INC.,<br>Real Parties in Interest. | No. 80663<br><br>**FILED**<br><br>FEB 26 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a January 30, 2020, district court order granting a motion to evict petitioner from Don Tortaco Mexican Grill unit 5.

The writ of mandamus is available to compel the performance of an act that the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Segovia v. Eighth Judicial Dist. Court,* 133 Nev. 910, 911-12, 407 P.3d 783, 785 (2017). Having reviewed the petition and supporting documents under these standards, we conclude that our extraordinary and discretionary intervention is not warranted. *See* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (providing that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (explaining

20-07802

that it is within this court's sole discretion to determine if a writ petition will be considered).  Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Mark R. Denton, District Judge
      Sgro & Roger
      Howard & Howard Attorneys PLLC
      Gordon & Rees Scully Mansukhani/New Jersey
      Gordon & Rees Scully Mansukhani/Philadelphia
      Eighth District Court Clerk

---

[1]In light of this order, petitioner's emergency motion to stay the district court's order pending our consideration of this petition is denied as moot.  We also deny real parties in interest's request that we impose sanctions on petitioner for filing this petition and motion.